974

No. 432, Misc. HEARDS v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 435, Misc. DURAN v. RAGEN, WARDEN, ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 436, Misc. DUNNE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 437, Misc. JENKINS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 438, Misc. PERRIN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 440, Misc. SATCHELL v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 441, Misc. IN RE POLLACK. Court of Appeals of New York. Certiorari denied.

No. 442, Misc. LEWIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 449, Misc. ILLINOIS EX REL. HAINES v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 454, Misc. DARRIN v. CAPITAL TRANSIT CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 453, Misc. POE v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.